[No. 11365.    Department One.    April 25, 1914.]

M. VOLLMAN *et al.*, *Appellants*, v. INDUSTRIAL WORKERS OF THE WORLD *et al.*, *Respondents.*[1]

APPEAL—DECISIONS REVIEWABLE—CESSATION OF CONTROVERSY.   The appeal will be dismissed where the controversy has ceased before the hearing on appeal.

Appeal from a judgment of the superior court for King county, Smith, J., entered April 19, 1913, in favor of the defendants, in an action for an injunction and for damages, after a hearing before the court.    Appeal dismissed.

*Beeler & Sullivan*, for appellants.

*Thomas R. Horner* and *R. B. Brown*, for respondents.

PER CURIAM.—During the progress of the oral argument, appellants' counsel, in response to a question by the court, admitted that the controversy had ceased.   We have uniformly held that we will not consider cases where nothing but moot or abstract questions are involved.   *State ex rel. Scottish-American Mtg. Co. v. Meacham*, 17 Wash. 429, 50 Pac. 52; *State ex rel. Land v. Christopher*, 32 Wash. 59, 72 Pac. 709; *Lamona v. Odessa State Bank*, 35 Wash. 113, 76 Pac. 534; *Jones v. Miller*, 35 Wash. 499, 77 Pac. 811; *Smith v. Palmer*, 38 Wash. 276, 80 Pac. 460; *Stevens v. Jones*, 40 Wash. 484, 82 Pac. 754; *Wilson v. Fraser*, 67 Wash. 347, 121 Pac. 829.   In the case last cited, we said:

[1]Reported in 140 Pac. 337.

"Courts will not concern themselves with academic questions, nor hear and determine abstract questions of law in order to determine as between the parties who shall pay the costs. This rule is so well settled we content ourselves with simply citing the authorities sustaining it;"
citing authorities.

Following the uniform practice in these cases, the appeal will be dismissed.